# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL L. MARTINEZ, | No. 4:20-CV-00971 |
| Petitioner, | (Judge Brann) |
| v. | |
| DEREK OBERLANDER, Superintendent, | |
| Respondent. | |

## ORDER

**AND NOW**, this 10th day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion (Doc. 2) to stay the above captioned petition for writ of habeas corpus is **GRANTED**.

2. Adjudication of Martinez' federal habeas corpus petition is **STAYED**.

3. Within thirty (30) days of the termination of Petitioner's attempt to obtain state court review of his pending unexhausted claims, he is directed to file a written notification with this Court.

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge