IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL L. MARTINEZ, | No. 4:20-CV-00971 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| DEREK OBERLANDER, | |
| Respondent. | |

## ORDER

**APRIL 14, 2023**

**AND NOW**, in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1. Petitioner Angel Martinez' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Martinez has not made a substantial showing of the denial of a constitutional right.[1]

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* 28 U.S.C. § 2253(c)(2).